# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAMIEKA S. GOODE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. SAG-21-1136 |
| EQUIFAX INFORMATION SERVICES, | * | |
| Defendant. | * | |
| | *** | |

## ORDER

On June 9, 2021, this Court issued an Order requiring Plaintiff Tamieka S. Goode to file a supplement to the Motion to Proceed in Forma Pauperis or to pay the full filing fee. ECF No. 3. Plaintiff was provided with 28 days to comply with the Order and was forewarned that failure to file the information required would result in dismissal of the Complaint without prejudice and without further notice from the Court. *Id.* Plaintiff has failed to file a supplement to the Motion to Proceed in Forma Pauperis or to pay the full filing fee.

Accordingly, IT IS this <u>22nd</u> day of July 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS FURTHER DIRECTED to CLOSE this case; and
3. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiff.

_____/s/_____
Stephanie A. Gallagher
United States District Judge